Dwayne Farnsworth (#13209)
FARNSWORTH MORTENSEN LAW OFFICES
1837 S. Mesa Dr., Suite A103
Mesa, AZ 85210
Telephone (480) 820-3600
Fax (480) 820-4800
Email: fmcourt@gmail.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under<br>) Chapter Thirteen<br>)<br>) Case No. 2:09-bk-02164-SSC<br>)<br>) ORDER ON MOTION FOR<br>) AUTHORIZATION TO SELL<br>) REAL PROPERTY<br>)<br>)<br>) |
| GRANT W. VAUGHN<br>SS# 1182 | |
| and | |
| MARVA L. VAUGHN,<br>SS# 4896 | |
| Debtors | |

Debtors having moved this Court for an Order for Authorization to Sell Real Property and no objections being filed in this matter;

**IT IS HEREBY ORDERED** that the Debtors are authorized to proceed with the sale of their real property, located at 1332 W. 1st Place, Mesa, AZ 85201.

**IT IS FURTHER ORDERED** that the debtors shall provide a copy of the final escrow settlement statement within 30 days after closing; file amended Schedules I & J within 30 days after closing; and file a change of address with the Court within 30 days after closing.

DATED this _____ day of _____, 2009.

_____
U.S. BANKRUPTCY COURT JUDGE